# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Leslie E. Kolb,<br>Plaintiff,<br>v.<br>Davol, Inc. and C.R. Bard, Inc.,<br>Defendants | FILED: JUNE 5, 2008<br>08 CV 3251 JH<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leslie E. Kolb

| | |
|---|---|
| NAME (Type or print)<br>David A. Kolb | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David A. Kolb | |
| FIRM<br>McVey & Parsky, LLC | |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 2100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6187639 | TELEPHONE NUMBER<br>(312) 551-6398 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑ APPOINTED COUNSEL ☐