**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LESILE E. KOLB<br><br>Plaintiff,<br><br>v.<br><br>DAVOL, INC. and C.R. BARD, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 08-CV-3251<br>Judge Kennelly<br>Magistrate Judge Keys |

**ASSENTED TO MOTION TO CONTINUE INITIAL STATUS HEARING, FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR STAY OF PROCEEDINGS PENDING TRANSFER TO MDL**

Defendants, DAVOL, INC. and C.R. BARD INC., by and through their counsel, Segal McCambridge Singer & Mahoney, Ltd., with the assent of the Plaintiff, move this court to continue the initial status hearing, enlarge the time for Defendants to respond to Plaintiff's Complaint and enter an order staying other proceedings in this matter pending transfer of this "tag-along" action to the United States District Court for the District of Rhode Island for centralized pretrial proceedings in the multidistrict litigation presently styled as *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*, No. 1:07-MDL-1842-ML (D.R.I.) (J. Lisi). In support of this motion, Defendants state the following:

1. Plaintiff alleges that the Kugel Patch, a medical device manufactured and sold by the Defendants and used by the Plaintiff's physician in connection with a hernia repair, was defective and unreasonably dangerous when put to its intended use.

2. This product liability action is but one of a number of related actions filed in federal district courts across the country. In 2006, two plaintiffs who also allege that they sustained injuries resulting from their receipt and use of the Composix Kugel Patch filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization of all cases involving this medical device pursuant to 28 U.S.C. § 1407. On May 31, 2007, the JPML heard that motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation. As a result, all federal court cases concerning the Composix Kugel

Patch have been or imminently will be transferred to the District of Rhode Island for consolidated pretrial proceedings.

3. Based on the JPML's June 22, 2007 Transfer Order, and pursuant to Rules 7.4 and 7.5 or the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), the parties expect that a Consolidated Transfer Order regarding this matter will issue in the near future. See Exhibit A, Defendants' Notice Seventy-Fifth 7.5(e) Notice of Potential Tag Along. Given that the parties will not oppose MDL transfer in this case, and the transfer of this action will moot any pretrial requirements and schedules imposed by this Court, Defendants request that all requirements, deadlines, and other proceedings in this case, including the foregoing, be stayed pending the transfer to the United States District Court for the District of Rhode Island. Upon transfer, the parties agree and acknowledge that they will comply with any requirements and deadlines imposed by the District of Rhode Island with respect to this action.

4. This matter is scheduled for an initial status hearing before Judge Kennelly on August 6, 2008. Defendants' responsive pleading to plaintiff's complaint is due August 22, 2008.

5. This motion in good faith and not for the purposes of delay.

6. Plaintiff's counsel has been contacted and assents to this request.

WHEREFORE, Defendants, DAVOL, INC. and C.R. BARD INC, respectfully request that this Court grant this motion and enter an order continuing the initial status hearing currently schedule for August 6, 2008, enlarge the time to allow the defendants to file a responsive pleading to Plaintiff's complaint and enter an Order staying other proceedings in this matter pending transfer of this "tag-along" action to the United States District Court for the District of Rhode Island for centralized pretrial proceedings in the multidistrict litigation presently styled as *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*, No. 1:07-MDL-1842-ML (D.R.I.) (J. Lisi).

Segal McCambridge Singer & Mahoney

By: /s/ P. Mark Crane______
P. Mark Crane, Esq.
*The Defendants, Davol, Inc. and*
*C.R. Bard Inc.*

P. Mark Crane
Misty R. Martin
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Telephone: 312/645-7800
E-Mail: mcrane@smsm.com
mmartin@smsm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2008, a copy of ASSENTED TO MOTION OF DEFENDANTS, DAVOL, INC. AND C.R. BARD INC. TO CONTINUE INITIAL CASE STATUS HEARING, FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR STAY OF PROCEEDINGS was filed electronically. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Misty R. Martin*_____________