**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION**

**MDL Docket No. 1842**

**DEFENDANTS' SEVENTY-FIFTH 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the District of Arizona**

*Martin Fishgold and Valerie Fishgold v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-01073, Judge Susan R Bolton.

**United States District Court for the Northern District of Illinois**

*Leslie Kolb v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-03251, Judge Matthew F. Kennelly.

**United States District Court for the Central District of California**

*Johan Robaina v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 08-cv-03736, Judge (Undetermined).

Respectfully submitted,

Dated: June 10, 2008

SPRIGGS & HOLLINGSWORTH

Kirby T. Griffis /s/ MCJ

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

## PROOF OF SERVICE

I hereby certify that on this 10th day of June, 2008, a true and correct copy of the foregoing Defendants' Seventy-Fifth Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on appointed Liaison Counsel and counsel for those parties affected by this action as per Rule 5.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

**Motley Rice LLC**
Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02903

**Liaison Counsel**

**Frank Verderame**
Plattner Verderame PC
PO Box 36570
Phoenix, AZ 85067-6570

**Counsel for Plaintiff: Martin Fishgold and Valerie Fishgold**

**David Anthony Kolb**
McAndrews, Held & Malloy
500 West Madison
34th Floor
Chicago, IL 60661

**Counsel for Plaintiff: Leslie Kolb**

**Marcus A. Mancini**
Mancini & Associates
15303 Ventura Blvd, Ste 600
Sherman Oaks, CA 91403

**Counsel for Plaintiff: Johan Robaina**

**Affiliated Defense Counsel Affected by this Notice:**

Kara Stubbs
Deanne R. Jockish, R.N., J.D.
Dennie Michelle Zankel
Baker Sterchi Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

HOIDAL & HANNAH, PLC
Thomas M. Hoidal
111 W Monroe St
Ste 1210
Phoenix, AZ 85003-1732

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

HASSARD BONNINGTON LLP
Thomas M. Frieder
Two Embarcadero Center, Suite 1800
San Fransico, CA 94111

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Kirby T. Griffis /s/ MCJ

Kirby T. Griffis