**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LESILE E. KOLB | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 08-CV-3251 |
| | ) | Judge Kennelly |
| DAVOL, INC. and C.R. BARD, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** David A. Kolb, McVey & Parsky, LLC, 30 N. LaSalle St., Ste. 2100 Chicago IL 60602

YOU ARE HEREBY NOTIFIED that on the 30th day of July, 2008 at 9:30 a.m., or as soon thereafter as may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly sitting in Courtroom 2103, at the Dirksen Building, 219 South Dearborn, Chicago, IL, and then and there present **Defendants, Davol, Inc. and C.R. Bard, Inc.'s ASSENTED TO MOTION TO CONTINUE INITIAL STATUS HEARING, FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR STAY OF PROCEEDINGS PENDING TRANSFER TO MDL**, a copy of which is attached hereto.

_*/s/ Misty R. Martin*________________________
Segal McCambridge Singer & Mahoney, Ltd.
One of the Attorneys for Defendants
DAVOL, INC.

P. Mark Crane
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 (Fax)

**1038329-1**

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath, depose and say that a copy of the Notice of Motion was served on the parties as above-addressed, via this court's electronic mailing system on this 24th day of July, 2008.

*/s/ Misty R. Martin*
Misty R. Martin