# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

LESILE E. KOLB
v.
DAVOL, INC. and C.R. BARD, INC.

Case Number: 08-CV-3251

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DAVOL, INC. and C.R. BARD, INC.

| | |
|---|---|
| NAME (Type or print)<br>P. Mark Crane | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ P. Mark Crane | |
| FIRM<br>Segal McCambridge Singer & Mahoney | |
| STREET ADDRESS<br>Sears Tower, Suite 5500, 233 South Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6191770 | TELEPHONE NUMBER<br>(312) 645-7800 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐