# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3251 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Lesile E. Kolb vs. Davol, Inc. & C.R. Bard, Inc. | | |

**DOCKET ENTRY TEXT**

Motion to continue initial status hearing for enlargement of time, and to stay pending transfer is granted. The initial status hearing of 8/6/08 is vacated and reset to 9/11/08 at 9:00 a.m.

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | DS |