# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
**Telephone: (312) 435-5698**

August 18, 2008

Mr. David A. DiMarzio, Clerk
United States District Court
124 Federal Building and United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

RE: MDL-1842 (In re: Kugel Mesh Hernia Patch Products Liability Litigation)
Leslie Kolb Vs. Davol, Inc., et al,
U.S. District Court, N.D. IL, E. Div., Case No. 08cv3251 (Judge Kennelly)

Dear Clerk:
Pursuant to the transfer order entered by the Judicial Panel on Multidistrict Litigation on August \8, 2008, the above record is herwith electronically transmitted to your Court.

The following paper documents are being transferred to the court: (None)

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

Angela Revis,
Deputy Clerk

cc: Counsel of Record

New Case No. ______________________________ Date ______________________