CSTRANSF, KEYS, TERMED, TRANSFER

# United States District Court
# Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:08−cv−03251

Kolb v. Davol, Inc. et al
Assigned to: Honorable Matthew F. Kennelly
Demand: $75,000
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 06/05/2008
Date Terminated: 08/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Leslie Kolb**

represented by **David Anthony Kolb**
McAndrews, Held &Malloy
500 West Madison
34th Floor
Chicago, IL 60661
(312) 551−6398
Email: dak@mcveyparsky−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Misty Rose Martin**
Segal, McCambridge, Singer &Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645−7800
Fax: (312) 645−7711
Email: mmartin@smsm.com
*ATTORNEY TO BE NOTICED*

**Phillip Mark Crane**
Segal, McCambridge, Singer &Mahoney, Ltd.
330 North Wabash Avenue Suite 200
Chicago, IL 60611−3514
(312) 645−7800
Email: mcrane@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.**

represented by **Misty Rose Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Mark Crane**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2008 | Ï 1 | COMPLAINT filed by Leslie Kolb; Jury Demand. Filing fee $ 350.(mb, ) (Entered: 06/06/2008) |
| 06/05/2008 | Ï 2 | CIVIL Cover Sheet (mb, ) (Entered: 06/06/2008) |
| 06/05/2008 | Ï 3 | ATTORNEY Appearance for Plaintiff Leslie Kolb by David Anthony Kolb (mb, ) (Entered: 06/06/2008) |
| 07/08/2008 | Ï 5 | MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing set to 9:00 a.m. on Wednesday, August 6, 2008 before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennellys standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff (s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant. Mailed notice (mb, ) (Entered: 07/09/2008) |
| 07/24/2008 | Ï 6 | ATTORNEY Appearance for Defendants Davol, Inc., C. R. Bard, Inc. by Misty Rose Martin (Martin, Misty) (Entered: 07/24/2008) |
| 07/24/2008 | Ï 7 | MOTION by Defendants Davol, Inc., C. R. Bard, Inc. to stay *Assented To* (Attachments: # 1 Exhibit a)(Martin, Misty) (Entered: 07/24/2008) |
| 07/24/2008 | Ï 8 | NOTICE of Motion by Misty Rose Martin for presentment of motion to stay 7 before Honorable Matthew F. Kennelly on 7/30/2008 at 09:30 AM. (Martin, Misty) (Entered: 07/24/2008) |
| 07/24/2008 | Ï 9 | ATTORNEY Appearance for Defendants Davol, Inc., C. R. Bard, Inc. by Phillip Mark Crane (Crane, Phillip) (Entered: 07/24/2008) |
| 07/29/2008 | Ï 10 | MINUTE entry before the Honorable Matthew F. Kennelly: Motion to continue initial status hearing for enlargement of time, and to stay pending transfer is granted. The initial status hearing of 8/6/08 is vacated and reset to 9/11/08 at 9:00 a.m. (ar, ) (Entered: 07/30/2008) |
| 08/15/2008 | Ï 11 | CONDITIONAL TRANSFER ORDER from the MDL Panel transferring case to the US District Court for the District of Rhode Island (MDL−1842). (ar, ) (Entered: 08/18/2008) |
| 08/18/2008 | Ï 12 | TRANSFERRED to the U.S. District Court for the District of Rhode Island, the electronic record. (ar, ) (Entered: 08/18/2008) |